We'll hear the next case on the calendar, Shaw v. McDonald. Good morning. I don't know much about law. All I know is this is a very abusive case. And if you would allow me to read these three pages, it would be greatly appreciated. I would like to say that Judge Nelson Roman, Judge Maureen Brody, and my counterpart, Ms. Peter Arnoff, have themselves broke the law in their illegal attempt to defend these defendants and the VA. When all the evidence in this case shows, not only have I proven my case by the preponderance of the evidence, but if this was a criminal trial, these defendants and judges would be found guilty beyond any reasonable doubt. Let me start by reminding the court of page two of my brief, where I state I noticed some egregious and criminal behavior that was collaborated by both Judge Roman and defendant's attorney, Peter Arnoff. I'm referring to the docket sheet between the numbers of 16 and 18, dated February 13, 2015. This is where Judge Roman is giving me, Kenneth Shaw, and the attorney, Peter Arnoff, directive, dates, and time limits on responding. My Exhibit 00 shows that I mailed Exhibit 7 to both Judge Roman and the attorney, Peter Arnoff. It also shows that Walter Clark, the court's clerk, signed in receipt of delivery April 20, 2015. It also shows a person by the name of E. Rosa signed in receipt of delivery for attorney, Peter Arnoff, dated April 15, 2015. The judge and attorney both intentionally and criminally decided to leave my legal document off the docket sheet. This should tell any reasonable thinking person, not only are these defendants guilty, but this has been a complete conspiracy against me. It is well documented that a 209 EMF chief, Terry Vaughn, illegally discriminated against me by not hiring me at the meeting I had with him, stating that foreman, Julius Sally, stated to me, Kenneth Shaw, that we did not hire you because you think you are Malcolm X around here. Yes, everyone loves your work, but not your opinions. Mr. Vaught then stated to me, Kenneth Shaw, it is what it is, meaning he was okay with the discrimination. I prevailed in being hired by going over their heads. Bronx VA visiting director and overseer of Montrose VA, Michael Sabo, hired me and ordered Montrose VA to write up a settlement agreement, which is KS6, which Terry Vaught has violated many times over. As the court and panel concede, the retaliation discrimination continue like an incurable cancer. I would also like to say, never in the history of the VA has an employee been brought up on charges of verbally abusing a patient or any other charges after the patient and a VA employee resolved the situation themselves with handshakes and hugs. I would also like to say, never in the history of the VA employee brought up on charges was transferred the next day away from his union and without an investigation, so like everything else in this case, I was not given any fair due process. Or during this process, EMS Chief Terry Vaught, Castle Point VA Foreman Ms. Thomas, and my local union, 240 president at Montrose, lied when they stated they had a legitimate statement and signature from the patient, Mr. Jones. I only found out in the merit board, Judge Maureen Brody's final decision that there never was a statement from the patient. This statement was supposedly written by the VA police, and neither statement was signed by the patient, Mr. Jones, neither did the VA police show up at the merit board trial to say why Mr. Jones wouldn't sign a statement. Judge Maureen Brody had a judicial obligation to admit these false charges, because the law clearly states that both sides should have access to such important information. Judge Maureen Brody herself is guilty of aiding and abetting known perjuries. Temp Director, Mary Davis, told lie after lie, every word out of her mouth was a lie. She stated on the witness stand that she had no knowledge of any EO activity of mine before rendering a decision to remove me from service after I refused to settle by signing a last chance agreement and agreeing to a 14 day suspension. Judge Maureen Brody even tries to legitimize this lie by stating that temp director, Maris Davis, gave credible testimony on the witness stand. I handed temp director, Maris Davis, exhibit KS5 on November 13th. On November 21st, 2013, proposed removal from service meeting. Temp director, Maris Davis, or any other director at the VA that resides over any proposed removal from service meeting, is automatically briefed by a human resources specialist before and after any proposed removal from service meeting. That human resources specialist's job is to inform the director anything in my file and record. How and when I got hired, whether or not there was any EO cases that I had filed, anything in my record, etc. The other two witnesses, Elaine Hughes and Cynthia Tuck, also told lie after lie on the witness stand. Judge Maureen Brody also writes that their testimony was credible. Judge Roman gets this case and sends me out an opinion and order dated December 8th, 2015 that are filled with lies and is totally inaccurate. It's only written to illegally protect these defendants in the VA. Even though I showed and proved through a number of exhibits that his December 8th, 2015 opinion order was inaccurate, Judge Roman refused to reconsider his opinions in this case. He also writes that EMS chief and the BO had already decided to punish me. I then state in the exhibit, yes, that's why we're here. EMS chief has always illegally decided to punish me. And to show you just how terrible a con game this has been by Judge Roman, I don't know how he did it, but I never even received his illegal and discriminatory final order in the mail dismissing this case. Exhibit 51 would explain further of me not receiving his decision in the mail. This case is so disturbing and inhumane on every legal level. Thank you. Thank you. May it please the court, Peter Aronoff, US Attorney's Office, Southern District of New York, for the government. Mr. Shaw's civil service claims fail under the deferential standard of review for Merit Systems Protection Board decisions. The board's finding that Shaw had verbally abused a cancer patient was supported by substantial evidence, including Shaw's own testimony. The board also reasonably held that the VA's mission of providing quality health care to veterans is disrupted when staff verbally abuse patients. And the board acted within its discretion when it mitigated Shaw's punishment from termination to a 30 day suspension. Shaw's Title VII claims also fail. Even when they are assumed true, Shaw's factual allegations do not plausibly suggest that the VA disciplined him because of his religion or because of his prior EEO activity. Instead, the obvious explanation here is that the VA disciplined Shaw for his profane outburst. For these reasons, unless the court has further questions, the government will rest on its papers. Thank you. Thank you both for your arguments. The court will reserve decision. Thank you.